# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-2425

**Motion for:** Extension to file for appellants' brief until January 17, 2015 because of health and other issues, as stated below; & dispensation of appendix.

**Caption [use short title]:** SEC v. Amerindo Investment Advisors et al.

Set forth below precise, complete statement of relief sought:

Appellants' seek extension of time of three months (until January 17, 2015) to file briefs, to coordinate with criminal appeals counsel, and because of health issues of counsel. Also, pursuant to Rule 24 (c) dispensation of appendix.

**MOVING PARTY:** All defendants.
☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** S.E.C.

**MOVING ATTORNEY:** Vivian Shevitz
**OPPOSING ATTORNEY:** J. Stillman/W.Shirey
[name of attorney, with firm, address, phone number and e-mail]

46 Truesdale Lake Drive
South Salem, NY 10590
914 763 2122  vivian@shevitzlaw.com

shireyw.@sec.gov /stillmanj@sec.gov

**Court-Judge/Agency appealed from:** Sullivan J (SDNY)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes  ☐ No
Has this relief been previously sought in this Court?   ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/Vivian Shevitz    **Date:** 9-23-14    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)