# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand and fourteen.

Before:    Ralph K. Winter,
              *Circuit Judge*.

_____

Securities and Exchange Commission,
    Plaintiff-Appellee,

    v.

Amerindo Investment Advisors Inc., ("Amerindo US"), Alberto William Vilar, Gary Alan Tanaka, Amerindo Investment Advisors, Inc. (Panama), Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., Techno Raquia, S.A.,
    Defendants-Appellants,

Amerindo Investment Advisors, Inc.,
    Defendant,

Mr. Paul Marcus,
    Third-Party-Defendant,

    v.

Lisa Mayer, Debra Mayer, Robin Sayko, Lily Cates, J.P. Morgan Securities LLC,
    Claimants.

**ORDER**
Docket No. 14-2425

_____

    Appellants move for an extension of time, until January 17, 2015, to file their principal brief. Appellants also move for leave to proceed on the original record without the need to file an appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' brief shall be due by January 19, 2015 because January 17, 2015 falls on a Saturday. *See* Fed. R. App. P. 26(a)(3)(A).

Case: 14-2425 Document: 34 Page: 2 09/30/2014 1332630 2

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

