# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand and fourteen.

Before:    Ralph K. Winter,
            *Circuit Judge.*

_____

Securities and Exchange Commission,
    Plaintiff-Appellee,

  v.

**ORDER**
Docket No. 14-2425

Amerindo Investment Advisors Inc., ("Amerindo US"), Alberto William Vilar, Gary Alan Tanaka, Amerindo Investment Advisors, Inc. (Panama), Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., Techno Raquia, S.A.,
    Defendants-Appellants,

Amerindo Investment Advisors, Inc.,
    Defendant,

Mr. Paul Marcus,
    Third-Party-Defendant,

  v.

Lisa Mayer, Debra Mayer, Robin Sayko, Lily Cates, J.P. Morgan Securities LLC,
    Claimants.

_____

    Appellants move for an extension of time until April 17, 2015 to file their opening brief.

    IT IS HEREBY ORDERED that the motion is GRANTED. However, this is the final extension. The appeal will be dismissed effective April 17, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                      For the Court:
                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court

